**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LORETTA WINSTON**<br>Plaintiff<br>vs.<br>**WESCO INSURANCE COMPANY, BEACON TRANSPORT, LLC, and ROBERT TURNER**<br>Defendant | **Civil Action No.:**<br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

**COMPLAINT**

1.

This is an action for actual damages brought by plaintiff, **LORETTA WINSTON**, against defendants, **WESCO INSURANCE COMPANY, BEACON TRANSPORT, LLC.,** and **ROBERT TURNER**, relating to an auto accident that occurred on April 28, 2016. This auto accident was caused solely due to the negligence of defendants, **BEACON TRANSPORT, LLC.** and **ROBERT TURNER**. As a result of the auto accident at issue, plaintiff, **LORETTA WINSTON**, has suffered severe injuries.

**JURISDICTION AND VENUE**

2.

Jurisdiction of this Court arises under 28 U.S.C. § 1332 since the parties are completely diverse and the amount in controversy exceeds $75,000.00.

3.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(2). The accident at issue occurred within the Eastern District, particularly Lafourche Parish.

**PARTIES**

4.

Plaintiff, **LORETTA WINSTON**, is a person of the full age of majority who at all relevant times was a citizen of the State of Louisiana. Plaintiff is domiciled in Lafourche Parish, State of Louisiana.

5.

Defendant, **WESCO INSURANCE COMPANY**, is a foreign corporation incorporated in the State of Delaware with its principal place of business in the State of New York. At all times herein, **WESCO INSURANCE COMPANY** was licensed to do and doing business in Louisiana and, which at all relevant times, was a citizen of the states of Delaware and New York. **WESCO INSURANCE COMPANY** may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA, 70809.

6.

Defendant, **BEACON TRANSPORT, LLC.**, is a foreign corporation incorporated in the State of Tennessee with its principal place of business in the State of Tennessee. At all times herein, **BEACON TRANSPORT, LLC.** was licensed to do and doing business in Louisiana and, which at all relevant times, was a citizen of the state of Tennessee. **BEACON TRANSPORT, LLC.** may be served through its registered agent for service of process, Thomas S. Pritchett, 949 Tyne Boulevard, Nashville, TN 37220.

7.

Defendant, **ROBERT TURNER**, is a person of the full age of majority who at all relevant times was a citizen of the State of Georgia. Plaintiff is domiciled in DeKalb County, State of Georgia and may be served at his last known address, 4360 Colony East Drive, Stone Mountain, Georgia, 30083.

## FACTUAL ALLEGATIONS

8.

Defendants, **WESCO INSURANCE COMPANY, BEACON TRANSPORT, LLC, and ROBERT TURNER,** are jointly and severally liable unto your Petitioner for this matter, to wit: On or about April 28, 2016, an automobile accident occurred in the Parish of Lafourche, State of Louisiana, whereby Defendant **ROBERT TURNER**, while in the course and scope of his job, duties and/or work for Defendant, **BEACON TRANSPORT, LLC**, was negligently driving his work vehicle (owned by **BEACON TRANSPORT, LLC**), causing an automobile accident involving your Petitioner, **LORETTA WINSTON**. Said automobile accident was caused by the negligence of Defendants, **ROBERT TURNER and BEACON TRANSPORT, LLC**

9.

On or about April 28, 2016, Defendant, **ROBERT TURNER**, while in the course and scope of his job, duties and/or work for Defendant, **BEACON TRANSPORT, LLC,** was traveling southbound on Jackson Street. At the same time, your Petitioner, **LORETTA WINSTON**, was operating her vehicle southbound on Canal Boulevard. Suddenly and without warning or reason, Defendant, **ROBERT TURNER,** ignored applicable traffic laws by failing to properly field and slammed into the rear and side of plaintiff's vehicle.

10.

As a result of said April 28, 2016 automobile accident, which was caused by the negligence of Defendants, **ROBERT TURNER and BEACON TRANSPORT, LLC**, your Petitioner, **LORETTA WINSTON,** suffered property damage, personal and bodily injuries, and mental anguish, including but not limited to: back, neck, and left shoulder injuries causing sleep problems and constant pain.

11.

The above described April 28, 2016 automobile accident and the resulting injuries to your Petitioner, **LORETTA WINSTON**, were caused through the negligence of Defendants, **ROBERT TURNER and BEACON TRANSPORT, LLC**, which negligence includes but is not limited to the following actions and/or inaction:

a) Failure to maintain proper control of a vehicle;
b) Failure to maintain a proper lookout and/or being distracted or inattentive;
c) Failure to take all reasonable preparation and/or actions to avoid striking petitioner;
d) Failure to yield properly;
e) Operating a vehicle in a reckless and/or negligent manner;
f) Failure to maintain its vehicle and its component parts;
g) Failure to properly train and/or instruct its drivers;
h) Negligent entrustment of a vehicle;
i) Improper hiring practices and/or procedures;
j) Acting in violation of the laws of the state of Louisiana and/or the Parish of Lafourche, all of which acts may be properly proven at the trial of this matter;
k) These acts of negligence are pleaded specifically herein and are in addition to other acts of negligence which will be shown at the trial of this matter.

12.

As a result of the foregoing and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondeat Superior, principal and agent, employer-employee, and/or master-

servant, said **BEACON TRANSPORT, LLC.** is a proper party-defendant, and to which the negligence and/or liability of Defendant, **ROBERT TURNER,** is attributable.

13.

**WESCO INSURANCE COMPANY,** at all times relevant herein had in full force and effect a policy of automobile liability insurance in favor of Defendants, **ROBERT TURNER and BEACON TRANSPORT, LLC,** against their liability in connection with the April 28, 2016 automobile accident at issue herein. As a result of the foregoing and as per applicable Louisiana Law including, but not limited to, the Doctrines of Respondeat Superior, principal and agent, insurer and insured, the Louisiana Direct Action Statute, LSA-R.S. 22:655, and/or master-servant, said **WESCO INSURANCE COMPANY,** has been named herein as party-defendant, and is answerable and/or responsible for coverage of the negligence and/or liability of Defendants, **ROBERT TURNER and BEACON TRANSPORT, LLC.**

14.

As a result of the April 28, 2016 automobile accident, your Plaintiff, **LORETTA WINSTON**, has suffered and continues to suffer physical and mental injuries as well as property damage and inconvenience, entitling them to recover damages including but not limited to:

a) Past and Future Mental pain and suffering;
b) Past and Future Physical pain and suffering;
c) Past and Future Medical expenses;
d) Past and Future Inconvenience;
e) Past and Future Lost Wages and Benefits and/or Loss of Earning Capacity;
f) Past and Future Loss of Enjoyment of Life;
g) Permanent Disability;
h) Property Damage; and
i) All damages allowed under Louisiana law which may be proven at the trial of this matter.

15.

**WHEREFORE**, the aforesaid premises considered, plaintiff prays that defendants, **BEACON TRANSPORT, LLC. and ROBERT TURNER,** be duly served with a copy of this complaint and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of plaintiff and against defendants herein finding said defendants liable jointly, severally, and *in solido* for the full amount of your plaintiff's damages, and all costs together with legal interest thereon from the date of judicial demand until paid.

Petitioner further prays for all general and equitable relief.

**DEMAND FOR JURY TRIAL**

Please take notice that plaintiff demands a trial by jury in this action.

DATED: March 7, 2017

RESPECTFULLY SUBMITTED,

**IRPINO, AVIN & HAWKINS**

*/s/ J. Benjamin Avin*

**ANTHONY D. IRPINO (#24727)**
airpino@irpinolaw.com
**J. BENJAMIN AVIN (#34884)**
bavin@irpinolaw.com
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
*ATTORNEYS FOR PLAINTIFF*